# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 10-57113 |
| Karen Thompson } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

My Former Mailing Address was:

Name:       Karen Thompson

Street:      4726 Jarvis Drive

City, State, Zip: Corpus Christi, TX 78412

**Please be advised that effective September 16th, 2016
my new mailing address is:**

Name:       **Karen Johnson**

Street:      **3434 Laguna Shores**

City, State, Zip: **Corpus Christi, TX 78418**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on September 16th, 2016 to the following:
**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Karen Thompson
3434 Laguna Shores
Corpus Christi, TX 78418

                                      Respectfully Submitted,

                                      /s/ Erin E. Schrader
                                      Erin E. Schrader (0078078)
                                      Rauser & Associates
                                      5 East Long St., Suite 300
                                      Columbus, OH 43215
                                      (614) 228-4480